**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DAVID S. RERKPHURITAT, | ) | NO. CV 10-8007-CW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | ) ) ) ) | |
| Defendant. | ) ) | |

**IT IS ADJUDGED** that the decision of the Commissioner is affirmed.

DATED: <u>November 2, 2011</u>

_____
CARLA M. WOEHRLE
United States Magistrate Judge